UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. STADLER, JR. and
PATRICIA I. STADLER,

    Plaintiffs,

                            Case No. 13-13111
-vs-                                Hon: AVERN COHN

ORLANS ASSOCIATES, P.C.,

    Defendant.

_____/

## ORDER STAYING PROCEEDINGS

This is a case under the Fair Debt Collection Practices Act, 15 USC §1692, *et. seq*. On May 23, 2013, plaintiffs filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Michigan (Case No. 13-50545). Pursuant to 11 USC §362(a), proceedings in this case are hereby STAYED until further order of the Court.

    SO ORDERED.

                                         S/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

Dated: September 11, 2013

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 11, 2013, by electronic and/or ordinary mail.

                                         S/Sakne Chami
                                         Case Manager, (313) 234-5160